J-S32023-23

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA　:　IN THE SUPERIOR COURT OF
　　　　　　　　　　　　　　　　　　:　　　　　PENNSYLVANIA
　　　　　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
KEVON IMMANUEL PURIFORY　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Appellant　　　　　　:　No. 140 MDA 2023

Appeal from the Judgment of Sentence Entered January 9, 2023
In the Court of Common Pleas of Dauphin County Criminal Division at
No(s):  CP-22-CR-0000321-2021

BEFORE:  DUBOW, J., KUNSELMAN, J., and NICHOLS, J.

JUDGMENT ORDER BY KUNSELMAN, J.:　　　　**FILED: OCTOBER 12, 2023**

Kevon Immanuel Purifory appeals from the judgment of sentence entered after the trial court found him guilty of recklessly endangering another person and not guilty of attempted murder and aggravated assault.  The parties and the trial court agree that Purifory's valid self-defense claim negates the recklessness required to sustain his conviction.  After review, we reverse.

A "defender may not be simultaneously found to have justifiably acted in self-defense and be criminally liable for crimes involving recklessness or malice."  ***Commonwealth v. Fowlin***, 710 A.2d 1130, 1132 (Pa. 1998) (citing ***Commonwealth v. Hilbert***, 382 A.2d 724 (Pa. 1978), and ***Commonwealth v. Heatherington***, 385 A.2d 338 (Pa. 1978)).  This includes crimes of recklessness against bystanders.  ***Id.*** at 1134.

Here, the trial court, as finder of fact, found that Purifory shot the complainant in self-defense. This precludes a finding that Purifory acted recklessly, towards both the complainant and other people in the apartment complex. *Id.* Accordingly, we reverse.

Judgment of sentence vacated. Conviction reversed. Appellant Kevon Immanuel Purifory discharged. Jurisdiction relinquished.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 10/12/2023